UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Brandon Carrier )

_____ )

_____ )
(Enter above the NAME of the
plaintiff in this action.) )

v. )

Matt Patterson )

Captain of carter )

County Jail )
(Enter above the NAME of each
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.    PREVIOUS LAWSUITS

      A.    Have you begun other lawsuits in state or federal court dealing with the same facts
            involved in this action or otherwise relating to your imprisonment?  YES (  ) NO (✓)

      B.    If your answer to A is YES, describe the lawsuit in the space below.  (If there is more
            than one lawsuit, describe the additional lawsuits on another piece of paper, using the
            same outline.)

            1.    Parties to the previous lawsuit:

                  Plaintiffs: N/A _____

                  _____

                  Defendants: N-A _____

                  _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

_____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Carter County Jail

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? I Filed 5 Grievance's, Grievance I.D No are 666123, 666502, 667071, 671177, 671,860

2. What was the result? nothing Has ben done about anyof these grievance.

D. If your answer to B is NO, explain why not. no one was of Any Help

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

F. If your answer is YES,

1. What steps did you take? none ive told the C/O officers An captoin Patterson For grievance

2

2. What was the result? no one Has Helped With this matters

## III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Brandon Clay Carrier

Present address: 900 3rd St Elizabethton T.N 37643

Permanent home address: 268 Dry Branch r.d Elizabethton T.N 37643

Address of nearest relative: 23753 Hwy 58 Baskerville V.A 23915

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Matt Patterson

Official position: Captain

Place of employment: Carter · County · Jail

C. Additional defendants: _____

_____

_____

_____

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

Captain Matt Patterson Has me on Administrative P.C/Segragation i never Ask or signed up For it im being made to live in A cell that

3

Used For medical watch or short term lockdown on camera 24/7 Behind two doors cant Hear or see the tv Denied reiligon Program's Denied of inmate outreach Program's Denied A trustee Job while running My sentence Denied Full Aces of law Book's made to take reck time alone An ive alone ive done nothing wrong to be denied of the thing's above every other inmate is not denied of these things, But on 04-24-23 An 04-25-23 there was A state inspection An A walk through with the governer those two days captain Patterson gave me reck time with every other inmate to make it look like everone was being treated in the same manner but thats not the case on 04-26-23 captain Patterson made me reck alone again captain Patterson states that im being Denied of is A Privilege but ive done nothing wrong to lose these so called or said Privileges, this is all A Direct violation of My 8th Amendment right its cruel An unusual Punishment its crude An Libelous An also Defamation of my character its causing me Major P.t.S.D emotional stress An Damage ive Had to go to mental Health twice Due to being isolated 22 Hours A day Anfrom Being treated like im something less than A Person by captain Patterson. I Have also sent A letter to Sheriff mike Fraiey of this matter.

Also on 05-22-23 Between 10:00 AM and 12:00 Pm mind you while under the so called Protection of c/o rymer an captain Matt Patterson on Administrative P.C/Segragation i was on reck when c/o rymer was Feeding lunch He oped the celldoor of inmate Bobby lee Porter J.r which He was not suppose to do For MY Protection inmate Porter. Attacked me while being Attacked He said He was going to knock me out An For the lack of better word's Fuck me while the Attack took place He Pulled His Pant's Down An tried to mount me i was sexuly Abused As A child An this Has Brought back My childhood this as all on camera time an date For the record on Having Flashback's An nightmares nowFrom the pain of my childHood An the From Attack an assault i went through. 4 on 5-22-23. im now afraid to come out of My cell. Because the Attacker is still in the same Block As i am captain Case 2:23-cv-00080-KRC-GRW Document 1 Filed 07/08/23 Page 4 of 6 PageID # 98 Patterson Could Have got me over it He also said i could not Presscharges Because im Already incarsarated.

# V. Relief

Now since captain Matt Patterson AN His C/O /Officers Have now Found out about this 1983 complaint Petition its now a conflicted of interest For me to be Housed Here At carter county Jail because of this civil suit the officers An Matt Patterson are treating me more Poorly now i would like to be Moved to A Different Jail so i can be treated the same As other inmate's i Appreciate your Acknowledgement on this Matter.

Brandon Carrier

Brandon carrier

## V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments.

Cite NO cases or statutes.)

i want to be paid 1,000,000 dollers For my pain an suffering this is causing me emotional an psycobgical pain from my child hood im in fear that captain patterson an the officers can no longer protect me flash backs nightmares are causing my mental health problems an major depression to reacure im afraid to come out of my cell anymore from the damage the attack has caused me.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _Brandon Cain_ day of _05 / 24_ , 20 _23_ .


_Brandon Cain_
Signature of plaintiff(s)

5