**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | | |
|---|---|---|
| BRANDON CARRIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:    2:23-CV-80-KAC-CRW |
| | ) | |
| MATT PATTERSON, Captain of Carter | ) | |
| County Jail, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum and Order filed herewith, the Court **DISMISSED** this action for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1). The Court also **CERTIFIED** that any appeal from this action would not be taken in good faith and would be totally frivolous and **DENIED** Plaintiff leave to appeal *in forma pauperis* if he should file a notice of appeal. Because no matters remain in this case, the Court **DIRECTS** the Clerk to close the file.

   **SO ORDERED.**

                                             s/ Katherine A. Crytzer
                                            KATHERINE A. CRYTZER
                                            United States District Judge

   ENTERED AS A JUDGMENT:
   */s/ LeAnna R. Wilson*
   CLERK OF COURT