LeAnna Wilson

I would like to Appeal my
Law suit on captain Matt Patterson
of carter county jail.

on case NO: CV-80-KAC-CRW

Thank you Sincerly

Brandon Carrier 09-22-23
Brandon Cai