Brandon Carrir
900 3rd street
Elizabethton
TN 37643

KNOXVILLE TN 377
25 SEP 2023 PM 3 L

court clerk
United States District court
Eastern District of Tennessee
220 west Depot street, suite 200
Greenville Tennessee 37743

Case 2:23-cv-00080-KAC-CRW   Document 6-1   Filed 09/27/23   Page 1 of 2   PageID #: 38

Writer is inmate - The correctional facility not responsible for contents

